April 29, 2011

Mr. Laurence W. Watts
Watts & Associates, P.C.
P.O. Box 2214
Missouri City, TX 77459
Mr. Steven L. Wiggins
Jefferson County District Attorney Office
1001 Pearl Street, 3rd Floor
Beaumont, TX 77701

RE: Case Number: 09-0326
 Court of Appeals Number: 09-08-00420-CV
 Trial Court Number: D-177,131

Style: LARRY ROCCAFORTE
 v.
 JEFFERSON COUNTY

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Lolita Ramos |
| |Ms. Carol Anne |
| |Flores |
| |Mr. Todd K. |
| |Sellars |